DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELEAZAR GUTIERREZ-CASTILLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3777

_____

September 1, 2023

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Brett S. Chase, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.